# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murphy, Diana E. | U.S.Court of Appeals (8th Cir) | 05/05/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
300 S. Fourth Street, 11E
Minneapolis, MN 55415

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Life Trustee | University of Minnesota Foundation |
| 2. | Trustee | University of St. Thomas |
| 3. | Director | Hill Museum and Manuscript Library |
| 4. | Director | Spencer Williams Foundation |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (H) | | | | | | | | | |
| 2. ALEXANDRIA LAKE AREA SAN | C | Interest | M | T | | | | | |
| 3. ALEXANDRIA MN INDPT SCH | C | Interest | M | T | | | | | |
| 4. APPLE VLY MN SER D G/O | C | Interest | L | T | | | | | |
| 5. ANOKA MN PUB FACS SER A | C | Interest | L | T | | | | | |
| 6. BLOOMINGTON MN INDPT SCH | | None | | | Redeemed | 02/02/15 | L | A | |
| 7. BROOKLYN PARK MN | C | Interest | L | T | | | | | |
| 8. BROOKLYN CENTER MN INDPT | C | Interest | L | T | | | | | |
| 9. CHAMPLIN MN CROSSOVER | B | Interest | | | Redeemed | 12/29/15 | L | A | |
| 10. EDEN PRAIRIE MN 4.5% | C | Interest | | | Redeemed | 01/21/15 | L | A | |
| 11. EDINA MN UTIL SER B | C | Interest | | | Redeemed | 02/02/15 | L | A | |
| 12. WASHINGTON CNTY MN SER A | C | Interest | L | T | | | | | |
| 13. US TREASURY , ▮ | E | Interest | P1 | T | | | | | |
| 14. US TREASURY, ▮ | | None | P2 | T | | | | | |
| 15. US TREASURY, ▮ | | None | P1 | T | | | | | |
| 16. US TREASURY, ▮ | | None | | | Redeemed | 07/23/15 | N | A | |
| 17. FRIDLEY MN INDPT SCH DST | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GOLDEN VALLEY MN IMPT SER, | | None | | | Redeemed | 02/02/15 | L | A | |
| 19. GOLDEN VALLEY MN IMPT SER C, | | None | | | Redeemed | 02/02/15 | L | A | |
| 20. GOLDEN VALLEY MN IMPT SER C, | | None | | | Redeemed | 02/02/15 | L | A | |
| 21. HENNEPIN CNTY MN REGL RR, | D | Interest | M | T | | | | | |
| 22. HENNEPIN CNTY MN SER B, | C | Interest | M | T | | | | | |
| 23. HENNEPIN CNTY MN SER A, | C | Interest | M | T | | | | | |
| 24. HOPKINS MN INDPT SCH, | C | Interest | M | T | | | | | |
| 25. HOPKINS MN SER A G/O, | C | Interest | L | T | | | | | |
| 26. MINNESOTA ST UNREFUNDED, | D | Interest | M | T | | | | | |
| 27. MINNESOTA ST PREREFUNDED | A | Interest | J | T | | | | | |
| 28. MISSOURI ST HWYS, | C | Interest | M | T | | | | | |
| 29. MOUNDS VIEW MN ISD# | C | Interest | L | T | | | | | |
| 30. MOUND MN UTIL SER B G/O, | C | Interest | L | T | | | | | |
| 31. MOUND MN RFDG TAX, | C | Interest | L | T | | | | | |
| 32. NORTH ST PAUL MN 4%, | | None | | | Redeemed | 02/21/15 | L | A | |
| 33. NORTH ST PAUL MAPLEWOOD, | C | Interest | L | T | | | | | |
| 34. MINNEAPOLIS MN RFDG LIBR, | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MINNESOTA ST UNREFUNDED, | | None | | | Redeemed | 10/01/15 | K | A | |
| 36. MINNESOTA ST PREREFUNDED, | | None | | | Redeemed | 10/01/15 | L | A | |
| 37. OMAHA NE VAR PURP SER A, | D | Interest | M | T | | | | | |
| 38. ORONO MN RFDG SER A G/O, | C | Interest | L | T | | | | | |
| 39. OLMSTED CNTY MN RESOURCE, | | None | | | Redeemed | 02/02/15 | L | A | |
| 40. OLMSTED CNTY MN CAP IMPT, | C | Interest | L | T | | | | | |
| 41. OMAHA NE RFDG SER B G/O, | C | Interest | L | T | | | | | |
| 42. OLMSTED CNTY MN CAP IMPT, | C | Interest | L | T | | | | | |
| 43. SAUK CENTER MN INDPT SCH DI, | | None | | | Redeemed | 02/02/15 | L | A | |
| 44. ST PAUL MN INDPT SCH, | C | Interest | L | T | | | | | |
| 45. ST PAUL MN INDPT SCH, | C | Interest | L | T | | | | | |
| 46. ST PAUL MN INDPT SCH, | C | Interest | L | T | | | | | |
| 47. STAPLES MOTLEY MN INDPT, | | None | | | Redeemed | 02/02/15 | L | A | |
| 48. RAMSEY CNTY MN CAP IMPT, | C | Interest | L | T | | | | | |
| 49. RAMSEY CNTY MN CAP IMPT, | C | Interest | L | T | | | | | |
| 50. SOUTH WA WATERSHED DIST, | C | Interest | L | T | | | | | |
| 51. ROCHESTER MN WSTWTRA-SRA, | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   SHAKOPEE MN CAP IMPT, ▨ | | None | | | Redeemed | 02/03/15 | L | A | |
| 53.   ST CLOUD MN PARKING PROJ, ▨ ▨ | C | Interest | L | T | | | | | |
| 54.   ST MICHAEL MN INDPT SCH, ▨ ▨ | B | Interest | L | T | | | | | |
| 55.   ST PAUL MN CAP IMPT STR, ▨ ▨ (H) | C | Interest | L | T | | | | | |
| 56.   SPRING LK PARK MN INDPT, ▨ | C | Interest | L | T | | | | | |
| 57.   TEXAS ST UNREFUNDED BAL, ▨ ▨ | D | Interest | M | T | | | | | |
| 58.   TEXAS ST PREREFUNDED, ▨ | A | Interest | J | T | | | | | |
| 59.   WACONIA MNWTR SER B, ▨ | B | Interest | L | T | | | | | |
| 60.   WASHINGTON CNTY MN SER A, ▨ | C | Interest | L | T | | | | | |
| 61.   WASHINGTON 4.25%, ▨ | | None | | | Redeemed | 02/02/15 | L | A | |
| 62.   WAYZATA MN ISD ▨ , ▨ | | None | | | Redeemed | 02/02/15 | L | A | |
| 63.   WEST FARGO ND PUB SCH, ▨ ▨ | D | Interest | M | T | | | | | |
| 64.   (H) | | | | | | | | | |
| 65.   ▨ BONDS (H) | | | | | | | | | |
| 66.   ANOKA MN PUB FACS SER A, ▨ ▨ | C | Interest | L | T | | | | | |
| 67.   BLOOMINGTON MN INDPT SCH, ▨ | | None | | | Redeemed | 02/02/15 | L | A | |
| 68.   CRYSTAL MN IMPT SER A, ▨ | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. US TREASURY, | | None | P1 | T | | | | | |
| 70. US TREASURY, | | None | P2 | T | | | | | |
| 71. US TREASURY. | | None | | | Redeemed | 07/23/15 | N | A | |
| 72. EDEN PRAIRIE MN 4.5% | | None | | | Redeemed | 01/02/15 | L | A | |
| 73. GOLDEN VALLEY MN IMPT SER, | | None | | | Redeemed | 02/02/15 | L | A | |
| 74. HENNEPIN CNTY MN REGL RR, | D | Interest | M | T | | | | | |
| 75. HOPKINS MN INDPT SCH, | B | Interest | L | T | | | | | |
| 76. MINNESOTA ST UNREFUNDED, | D | Interest | M | T | | | | | |
| 77. MINNESOTA ST PREREFUNDED | A | Interest | J | T | | | | | |
| 78. MINNESOTA ST SER 2009 D, | C | Interest | L | T | | | | | |
| 79. MOUNDS VIEW MN ISD # - | D | Interest | M | T | | | | | |
| 80. MOUND MN RFDG TAX, | C | Interest | L | T | | | | | |
| 81. MINNEAPOLIS MN RFDG LIBR, | B | Interest | L | T | | | | | |
| 82. OMAHA NE VAR PURP SER A, | D | Interest | M | T | | | | | |
| 83. ORONO MN RFDG SER A G/O, | C | Interest | L | T | | | | | |
| 84. ST PAUL MN INDPT SCH, | C | Interest | L | T | | | | | |
| 85. SPRING LK PARK MN INDPT | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TEXAS ST UNREFUNDED BAL. ▨ - ▨ | D | Interest | M | T | | | | | |
| 87. TEXAS ST PREREFUNDED, ▨ | A | Interest | J | T | | | | | |
| 88. WEST FARGO ND PUB SCH, ▨ - ▨ | D | Interest | M | T | | | | | |
| 89. Wells Fargo NTL Tax Free MM Fund, Mpls, MN | A | Interest | P1 | T | | | | | |
| 90. Wells Fargo Ntl Tax Free MM Fund, Mpls, MN | A | Interest | | | Closed | 11/19/15 | M | | |
| 91. Checking Acct, Wells Fargo Bk, Mpls, MN | A | Interest | J | T | | | | | |
| 92. Trust, Wells Fargo Bk (mun bds & cash eq) | G | Interest | P2 | T | | | | | |
| 93. IRA Robt W Baird & Co., Milw, WI | E | Interest | | | Closed | 12/28/15 | M | | |
| 94. Wells Fargo, IRA ▨ | A | Interest | M | T | Open | 12/28/15 | M | | |
| 95. US Treasury ▨ | | None | O | T | Buy | 07/21/15 | O | | |
| 96. Royalton MN ▨ | D | Interest | M | T | Buy | 05/20/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Murphy, Diana E. | 05/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diana E. Murphy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544